# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| ANTHONY A. GOODMAN, ) | Civil Action No. 7:17cv00207 |
|    Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SWVRJA DUFFIELD ) | |
|  MEDICAL DEPT., ) | By: Norman K. Moon |
|    Defendant. ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that this 42 U.S.C § 1983 action is **DISMISSED without prejudice** pursuant to 42 U.S.C. § 1997e(c)(1) for failing to state a claim and this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: This __18th__ day of July, 2017.

                                              /s/ Norman K. Moon
                                              NORMAN K. MOON
                                              UNITED STATES DISTRICT JUDGE